UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TERENCE FREEMAN and BRADLEY WARD**, Individually and on behalf of all other persons similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**SAM'S EAST, INC.**, *et al.*,<br><br>**Defendants.** | Civ. No. 2:17-1786<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon the Motion of Defendants Sam's East, Inc., Sam's West, Inc., Sam's Club, and Wal-Mart Stores, Inc. (collectively, "Defendants"), to dismiss Plaintiff Terence Freeman (ECF No. 55) and Plaintiffs' non-opposition thereto (ECF No. 58). The Court having considered the matter and good cause having been shown,

**IT IS** on this 16th day of July 2018, hereby,

**ORDERED** that Defendants' Motion to Dismiss Plaintiff Terence Freeman under Federal Rules of Civil Procedure 37(d) and 41(b) is **GRANTED**; and it is further

**ORDERED** that Plaintiff Terence Freeman is hereby **DISMISSED WITH PREJUDICE**.

                                                              */s/ William J. Martini*
                                              **WILLIAM J. MARTINI, U.S.D.J.**