UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TERRENCE FREEMAN and BRADLEY WARD, individually and on behalf of all other persons similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SAM'S EAST INC., SAM'S WEST, INC., SAM'S CLUB, an operating Segment of Wal-Mart Stories, Inc., and WAL-MART STORES, INC.,**<br><br>**Defendants.** | Civ. No. 2:17-1786 (WJM)<br><br>**ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

      For the reasons set forth in the accompanying opinion, **IT IS** on this 3rd day of August, 2021, **ORDERED** that Defendants' motion for summary judgment, ECF No. 98, is hereby **GRANTED**.  The matter is **DISMISSED WITH PREJUDICE**.

                                      */s/ William J. Martini*
                                    **WILLIAM J. MARTINI, U.S.D.J.**